## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CHARLES WELCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-0320-CG-N |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause is before the court on the Stipulation of Dismissal with Prejudice filed by the plaintiff and Equifax Information Services LLC (Doc. 52), in which said parties move for dismissal of plaintiff's claims against Equifax Information Services LLC. The motion is not signed by all parties to this action pursuant to Rule 41(a). If no opposition to the stipulation is filed **on or before March 23, 2011**, plaintiff's claims against Equifax Information Services, LLC will be deemed to be dismissed with prejudice as of March 23, 2011 without further order of the court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs.

**DONE and ORDERED** this 17th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE