IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| CHARLES M. WELCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and BANK OF AMERICA; NATIONAL ASSOCIATION, | ) ) ) ) ) ) ) | CASE NO: 1:10-cv-00320-CG-N |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE GRANADE:

Plaintiff Charles M. Welch, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Charles M. Welch and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

/s/ James D. Patterson
James D. Patterson
jpatterson@alalaw.com
Underwood & Riemer, P.C.
166 Government St, Suite 100
Mobile, AL 36602
(251) 432-9212
(251) 433-7172 Fax
**Counsel for Plaintiff/Counter Defendant**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 28th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keasha Ann Broussard
abroussard@kslaw.com
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, GA 30309
*and*
Kirkland E. Reid
kreid@joneswalker.com
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
PO Box 46
Mobile, AL 36601
***Counsel for Equifax***

Leilus Jackson Young, Jr.
ljy@ffdlaw.com
Ferguson Frost & Dodson, LLP
2500 Acton Rd, Suite 200
Birmingham, AL 35243
*and*
Sean McCarthy
smccarthy@jonesday.com
Jones Day
717 Texas, Suite 3300
Houston, TX 77002
***Counsel for Experian***

Jeffrey U. Beaverstock
Burr & Foreman, LLP
PO Box 16046
Mobile AL 36616
And
Marc Kirkland
Strasburger & Price, LLP
2801 Network Blvd., Ste 600
Frisco TX 75034
***Counsel for Trans Union***

James C. Huckaby, Jr.
jch@csattorneys.com
William Robert Pringle
wrpringle@csattorneys.com
Christian & Small, LLP
505 20th St N
Suite 1800 Financial Center
Birmingham, AL 35203
***Counsel for Defendant/Counter Claimant Bank of America, N.A.***

      /s/ James D. Patterson
      **James D. Patterson**