**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CHARLES M. WELCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL CASE NO.: 10-00320-CG-N |
| | ) |
| **EXPERIAN INFORMATION SOLUTIONS,** | ) |
| **INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Counsel for one of the defendants having advised the court on behalf of all parties that this action has settled in its entirety, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party shall bear his or its own costs.

**DONE and ORDERED** this 29th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE